Entered on Docket June 27, 2012

**Below is the Judgment of the Court.**

_____

**Timothy W. Dore
U.S. Bankruptcy Court Judge**
**(Dated as of Entered on Docket date above)**

---

TIMOTHY W. DORE  Chapter 7
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| In re: | |
| ISMAEL APPADOLO, | Case No. 11-17113-TWD |
| Debtor. | |
| SEATTLE HOUSING AUTHORITY, | Adversary No. 11-01780-TWD |
| Plaintiff, | **JUDGMENT FROM TRIAL** |
| v. | |
| ISMAEL APPADOLO, | |
| Defendant. | |

A trial was held in this adversary proceeding on June 25, 2012. After considering the evidence, arguments and pleadings, the Court gave an oral ruling on June 27, 2012 which constitutes the Court's

JUDGMENT FROM TRIAL - 1

findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52(a). The Court hereby issues its final judgment as follows:

ORDERED that the debt owed by Ismael Appadolo to Seattle Housing Authority is not excepted from discharge under 11 U.S.C. § 523(a)(2)(A) or otherwise.

/ / / End of Order / / /